**Order entered March 3, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00688-CV

### RICHARD P. DALE, JR., Appellant

### V.

### PLAZA AT TURTLE CREEK RESIDENCES ASSOCIATION, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05411**

## ORDER

Before the Court is appellee's February 26, 2015 unopposed second motion for an extension of time to file a brief. Appellee timely filed its brief on February 27, 2015. Accordingly, we **DENY** appellee's motion as moot.

/s/ ELIZABETH LANG-MIERS
JUSTICE